# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, </br>   Plaintiff | ) </br> ) </br> ) </br> ) CASE NO. **05-20056** </br> ) |
| **WAYNE M. SKLARSKI,** </br>   Defendant | ) </br> ) </br> ) |

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 P.M.** on **JANUARY 18, 2006,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **FEBRUARY 6, 2006,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 2nd day of December, 2005.


                                                                      s/David G. Bernthal
                                                                      DAVID G. BERNTHAL
                                                                       U.S. MAGISTRATE JUDGE

05-20056 schedo.wpd