**E-FILED**
Monday, 19 December, 2005  04:16:04 PM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

**FILED**
DEC 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Case Number: 05-20056

**WAYNE M. SKLARSKI,**

Bourbonnais, IL

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**,

201 S. Vine St. Urbana, Illinois

at
**10:30 a.m.**
on
**December 2, 2005**
before the
HONORABLE **DAVID G. BERNTHAL**

To answer an **Indictment** charging you with a violation of Title **18**, United States Code, Section **922(g)**.

Brief description of offense:

Felon in Possession of Firearm

DATE: **November 4, 2005**

DAVID G. BERNTHAL

s/ David G. Bernthal

U.S. MAGISTRATE JUDGE

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)   11/30/05 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: _____
Bourbonais, IL _____

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 11/30/05       Steven Deatherage
         Date                Name of United States Marshal

                             Keith [signature]
                             (by) Deputy United States Marshal

Remarks: