UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>WAYNE SKLARSKI,<br><br>    Defendant | No.:05-CR-20056 |

**NOTICE OF REASSIGNMENT**

Now comes Richard H. Parsons, the Chief Federal Public Defender for the Central District of Illinois, through TIFFANI D JOHNSON, Assistant Federal Defender, and hereby gives notice to this Honorable Court that this case has been reassigned to ROBERT A. ALVARADO, and therefore requests that an entry be made on the docket that Ms. Johnson's representation has terminated, as Ms. Johnson has accepted employment elsewhere and will not longer be employed with the Federal Defenders Officer for the Central District of Illinois as of Friday, January 6, 2006. Mr. Alvarado, therefore, should be entered as counsel of record.

Respectfully Submitted,

RICHARD H. PARSONS, Federal Public Defender

s/Tiffani D. Johnson
TIFFANI D. JOHNSON, Bar No.:6278909
Assistant Federal Defender
300 West Main Street; Urbana, Illinois 61802
Phone: (217) 373-0666; Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Defendant and all of the parties in this cause.

                                          s/Tiffani D. Johnson

                                          _____
                                          TIFFANI D. JOHNSON, Bar No.:6278909
                                          Assistant Federal Defender
                                          300 West Main Street
                                          Urbana, Illinois 61801
                                          Phone: (217) 373-0666
                                          Fax: (217) 373-0667
                                          Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Sklarski\NoticeReassignment.wpd