E-FILED
Thursday, 05 January, 2006  01:37:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-20056 |
| | ) | |
| WAYNE SKLARSKI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant WAYNE SKLARSKI by his attorney ROBERT A. ALVARADO, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the jury trial, presently scheduled for February 6, 2006, to some future date.  In support defendant states as follows:

1.The undersigned counsel recently assigned this case to himself due to the departure of Mr. Sklarski's present attorney, AFPD Johnson.  Counsel has begun to familiarize himself with the file but has not met with Mr. Sklarski yet.

2.Counsel expects this case to be reassigned to a new attorney within the next several weeks.  However, that attorney will need additional time to prepare for trial and/or possible pretrial motions.

3.Counsel attempted to reach Assistant U.S. Attorney Richard Cox to determine if the Government opposes this motion, but he is unavailable until January 9, 2006.

4.In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the jury trial to some future date.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the jury trial in this cause.

    WAYNE SKLARSKI, Defendant

    BY:    s/ Robert A. Alvarado

    ROBERT A. ALVARADO
    Attorney for Defendant
    Assistant Federal Public Defender
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898
    E-mail: robert_alvarado@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Richard Cox, U.S. Attorney's Office, 226 U.S. Courthouse, 201 S. Vine St., Urbana, Il 61801.

    s/ Robert A. Alvarado

    ROBERT A. ALVARADO
    Attorney for Defendant
    Federal Public Defender's Office
    401 Main St., Suite 1500
    Peoria, IL 61602
    Phone: (309) 671-7891
    Fax:: (309) 671-7898
    E-mail: robert_alvarado@fd.org