UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 05-20056 |
| | ) |
| WAYNE M. SKLARSKI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S EXHIBIT LIST**

NONE.

        Respectfully Submitted,

        RICHARD H. PARSONS
        Federal Public Defender

BY:    s/John Taylor
        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile:  (217) 373-0667
        Email: John_Taylor@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

                                              s/John Taylor

                                              _____
                                              JOHN TAYLOR
                                              Assistant Federal Public Defender
                                              300 West Main Street
                                              Urbana, Illinois 61801
                                              Telephone: (217) 373-0666
                                              Facsimile:  (217) 373-0667
                                              Email: John_Taylor@fd.org

I:\Clients - Open Files\Sklarski, Wayne\Defendant's Exhibit List.wpd