**E-FILED**
Thursday, 15 June, 2006  09:02:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-20056 |
| | ) | |
| WAYNE M. SKLARSKI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION IN LIMINE TO BAR (CONVICTIONS**)

Defendant moves to bar reference at trial to any criminal convictions owing to Defendant, as there are none in existence, based on information available to counsel, which qualify per Rule 609.

Respectfully Submitted,

RICHARD H. PARSONS
Federal Public Defender

BY:    s/John Taylor
       JOHN TAYLOR
       Assistant Federal Public Defender
       300 West Main Street
       Urbana, Illinois 61801
       Telephone: (217) 373-0666
       Facsimile:  (217) 373-0667
       Email: John_Taylor@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

s/John Taylor

_____

JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile:  (217) 373-0667
Email: John_Taylor@fd.org

I:\Clients - Open Files\Sklarski, Wayne\Motion In Limine.wpd